UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CATHY BARBER, STEVEN B. BARBER,
and STEVEN B. BARBER II,

                          **Plaintiffs,**

                 v.                        1:06-CV-630
                                                   (FJS/RFT)

RLI INSURANCE COMPANY,

                          **Defendant.**
_____

**APPEARANCES**                                  **OF COUNSEL**

**OFFICE OF DANIEL A. EHRING**        **DANIEL A. EHRING, ESQ.**
20 Corporate Woods Boulevard
Albany, New York 12211
Attorneys for Plaintiffs

**KAUFMAN BORGEEST &**             **JOAN M. GILBRIDE, ESQ.**
**RYAN LLP**                                 **LEONARD B. COOPER, ESQ.**
200 Summit Lake Drive
Valhalla, New York 10595
Attorneys for Defendant

**POWERS & SANTOLA, LLP**            **DANIEL R. SANTOLA, ESQ.**
39 North Pearl Street
Albany, New York 12207-2785
Attorneys for Applicants

**SCULLIN, Senior Judge**

## ORDER

     Currently before the Court is Arthur Ceas, Cecelia Beaudin, Marleen M. Izzano, Adina

Schultz and Katherine Morelli's ("Applicants") motion to intervene in this action. *See* Dkt. No.

32.[1]  Plaintiffs do not oppose this motion and, in fact, filed papers in support thereof.  *See* Dkt. No. 33.  Defendant does not oppose the Applicants' motion "to the extent that it seeks the sole relief of intervention."  *See* Dkt. No. 34 at 1.[2]

In light of the fact that the parties have no opposition to the Applicants' motion to intervene in this action, the Court hereby

**ORDERS** that Arthur Ceas, Cecelia Beaudin, Marleen M. Izzano, Adina Schultz and Katherine Morelli's motion to intervene in this action is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall add Arthur Ceas, Cecelia Beaudin, Marleen M. Izzano, Adina Schultz and Katherine Morelli as intervenor-plaintiffs in this action; and the Court further

**ORDERS** that this matter is referred to Magistrate Judge Treece for all further pretrial matters, including the resolution of the Applicants' request to amend the complaint.

**IT IS SO ORDERED.**

Dated: May 14, 2010
       Syracuse, New York

             Frederick J. Scullin, Jr.
             Senior United States District Court Judge

---

[1] It also appears that the Applicants seek to amend the complaint in this action.  This Order does not address that request.

[2] Defendant does, however, oppose the Applicants' request to amend the complaint.  *See* Dkt. No. 34 at 5.