UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CATHY G. BARBER, STEVEN B. BARBER
AND STEVEN B. BARBER, II,

        Plaintiffs,

vs.

RLI INSURANCE COMPANY,

        Defendant.

---

1:06-CV-0630
FJS/RFT

STIPULATION DISMISSING ACTION
WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and on the merits, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: December 27, 2010

_____
Daniel A. Ehring, Esq.
USDC NDNY Bar Roll # 506511
Attorney for Plaintiffs,
  Cathy G. Barber,
  Steven B. Barber and
  Steven B. Barber, II
20 Corporate Woods Blvd.
Albany, NY 12211
518-439-9999

_____
Cathy G. Barber

_____
Steven B. Barber

_____
Steven B. Barber, II

---

James E. Mercante, Esq.
USDC NDNY Bar Roll # 513569
Rubin, Fiorella Law Firm
Attorneys for Plaintiffs,
  Cathy G. Barber, Steven B. Barber
  and Steven B. Barber, II
292 Madison Avenue, 11th Floor
New York, NY 10017
212-447-4605

---

*/s/ Daniel R. Santola/*  |  */s/ Katherine Morelli/*

Daniel R. Santola | Katherine Morelli
USDC NDNY Bar Roll # 505852
POWERS & SANTOLA, LLP
Attorneys for Intervenor,
  Katherine Morelli
39 N. Pearl St., 6th Floor
Albany, NY 12207-2785
(518) 465-5995

---

Cynthia S. LaFave | Cecelia (Beaudin) Green
USDC NDNY Bar Roll # 501469
LaFave, Latimer & Stroud, LLP
Attorneys for Intervenor,
  Cecelia (Beaudin) Green
951 Albany Shaker Road, Suite 100
Latham, NY 12110
(518) 782-4900

2

_____
James E. Mercante, Esq.
USDC NDNY Bar Roll # 513569
Rubin, Fiorella Law Firm
Attorneys for Plaintiffs,
  Cathy G. Barber, Steven B. Barber
  and Steven B. Barber, II
292 Madison Avenue, 11th Floor
New York, NY 10017
212-447-4605


_____                    _____
Daniel R. Santola                                    Katherine Morelli
USDC NDNY Bar Roll # 505852
POWERS & SANTOLA, LLP
Attorneys for Intervenor,
  Katherine Morelli
39 N. Pearl St., 6th Floor
Albany, NY 12207-2785
(518) 465-5995


_____                    _____
Cynthia S. LaFave                                    Cecelia (Beaudin) Green
USDC NDNY Bar Roll # 501469
~~LaFave, Latimer & Stroud, LLP~~ The LaFave Law Firm, PLLC
Attorneys for Intervenor,
  Cecelia (Beaudin) Green
951 Albany Shaker Road, Suite 100
Latham, NY 12110
(518) 782-4900

2

_____
Phil A. Rodriguez
USDC NDNY Bar Roll # 301971
Attorney for Intervenor,
 Marleen M. Izzano
38 N. Ferry Street
Schenectady, NY 12305
(518) 346-7275

_____
Marleen M. Izzano


_____
Robert A. Becher
USDC NDNY Bar Roll # _____
Attorney for Intervenor, Arthur Ceas
5 Wilson Street
Albany, NY 12207
(518) 436-9525

_____
Arthur Ceas


_____
James DiPasquale
USDC NDNY Bar Roll # _____
Attorney for Intervenor, Adina Schultz
13 West Fulton Street
Gloversville, NY 12078
(518) 725-0655

_____
Adina Schultz


_____
Leonard B. Cooper
USDC NDNY Bar Roll # 514045
Kaufman, Borgeest & Ryan LLP
Attorneys for Defendant,
 RLI Insurance Company
200 Summit Lake Drive, 1st Floor
Valhalla, NY 10595
914-449-1000

3

---
Phil A. Rodriguez
USDC NDNY Bar Roll # 301971
Attorney for Intervenor,
 Marleen M. Izzano
38 N. Ferry Street
Schenectady, NY 12305
(518) 346-7275

---
Robert A. Becher
USDC NDNY Bar Roll # 10 L11 6
Attorney for Intervenor, Arthur Ceas
5 Wilson Street
Albany, NY 12207
(518) 436-9525

---
Marleen M. Izzano

---
Arthur Ceas

---
James DiPasquale
USDC NDNY Bar Roll # _____
Attorney for Intervenor,  Adina Schultz
13 West Fulton Street
Gloversville, NY 12078
(518) 725-0655

---
Adina Schultz

---
Leonard B. Cooper
USDC NDNY Bar Roll # 514045
Kaufman, Borgeest & Ryan LLP
Attorneys for Defendant,
 RLI Insurance Company
200 Summit Lake Drive, 1st Floor
Valhalla, NY 10595
914-449-1000

3

_____
Phil A. Rodriguez
USDC NDNY Bar Roll # 301971
Attorney for Intervenor,
 Marleen M. Izzano
38 N. Ferry Street
Schenectady, NY 12305
(518) 346-7275

_____
Marleen M. Izzano

_____
Robert A. Becher
USDC NDNY Bar Roll # _____
Attorney for Intervenor, Arthur Ceas
5 Wilson Street
Albany, NY 12207
(518) 436-9525

_____
Arthur Ceas

_____
James DiPasquale
USDC NDNY Bar Roll # 514501
Attorney for Intervenor, Adina Schultz
13 West Fulton Street
Gloversville, NY 12078
(518) 725-0655

_____
Adina Schultz

_____
Leonard B. Cooper
USDC NDNY Bar Roll # 514045
Kaufman, Borgeest & Ryan LLP
Attorneys for Defendant,
 RLI Insurance Company
200 Summit Lake Drive, 1st Floor
Valhalla, NY 10595
914-449-1000

3

_____  
Phil A. Rodriguez  
USDC NDNY Bar Roll # 301971  
Attorney for Intervenor,  
 **Marleen M. Izzano**  
38 N. Ferry Street  
Schenectady, NY 12305  
(518) 346-7275

_____  
Marleen M. Izzano

_____  
Robert A. Becher  
USDC NDNY Bar Roll # _____  
Attorney for Intervenor, **Arthur Ceas**  
5 Wilson Street  
Albany, NY 12207  
(518) 436-9525

_____  
Arthur Ceas

_____  
James DiPasquale  
USDC NDNY Bar Roll # _____  
Attorney for Intervenor,  **Adina Schultz**  
13 West Fulton Street  
Gloversville, NY 12078  
(518) 725-0655

_____  
Adina Schultz

_____  
Leonard B. Cooper  
USDC NDNY Bar Roll # 514045  
Kaufman, Borgeest & Ryan LLP  
Attorneys for Defendant,  
 **RLI Insurance Company**  
200 Summit Lake Drive, 1st Floor  
Valhalla, NY 10595  
914-449-1000

SO ORDERED

_/s/ Frederick J. Scullin, Jr._  
FREDERICK J. SCULLIN, JR.  
SENIOR U.S. DISTRICT JUDGE

1/12/11

3